IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 20-309 |
| STEVEN J. VALENTINO, et al. | : | |

### ORDER

**AND NOW**, this **3rd** day of **June, 2022**, upon consideration of Defendant Steven J. Valentino's Motion to Dismiss Indictment, for Evidentiary Hearing, and for Disclosure of Grand Jury Testimony (ECF No. 102); Motion for Severance (ECF No. 104); and Motion to Suppress and for a *Franks* Hearing (ECF No. 107); and Defendant Michelle Miller's Motion to Dismiss Counts VI and VII Against Her (ECF No. 101); the Government's responses thereto (ECF Nos. 112-15); and Dr. Valentino's replies thereon (ECF Nos. 116, 118, and 120), it is hereby **ORDERED** that all motions are **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**