# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **No. 20-309** |
| **STEVEN J. VALENTINO, et al.** | : | |

## ORDER

**AND NOW**, this **23rd** day of **January 2023**, upon consideration of Defendant Steven Valentino's Motion for judgment of acquittal or for a new trial (ECF 230), the United States' Response (ECF 248), and Defendant's Reply (ECF 249), it is hereby **ORDERED** Defendant Valentino's Motion (ECF 230) is **DENIED**.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**